UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

NICHOLAS RAITI,

      Plaintiff,                      DEMAND FOR JURY TRIAL

-vs-                                  Case No. 17-13033
                                        Hon. David M. Lawson

SUTTON LEASING, INC.*,*

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff dismisses all claims without prejudice and without costs, sanctions, or attorneys fees.

                                        Respectfully Submitted,

                                        ADAM G. TAUB & ASSOCIATES
                                        CONSUMER LAW GROUP, PLC

                     By:    s/ Adam G. Taub_____
                             Adam G. Taub (P48703)
                             Attorney for Nicholas Raiti
                             17200 West 10 Mile Rd, Ste 200
                             Southfield, MI 48075
                             (248) 746-3790
                             adamgtaub@clgplc.net

Dated: October 13, 2017