UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS RAITI,

       Plaintiff,                                       Case Number 17-13033

v.                                                       Honorable David M. Lawson

SUTTON LEASING, INC.,

       Defendant.

_____/

## ORDER OF DISMISSAL

On October 13, 2017, the plaintiff filed a notice of voluntary dismissal of all his claims in this matter. The defendant has not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated:  October 19, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 19, 2017.

                                    s/Susan Pinkowski
                                    SUSAN PINKOWSKI